UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROMEO DeLUCIA

                Plaintiff(s)

-vs-                                                          04-Cv-6390T

CITY OF ROCHESTER, ET AL

                Defendant(s)

---

    The Court having been advised that the above action has been settled, it is hereby,

    ORDERED, that the above action is hereby dismissed with prejudice.  The Court retains jurisdiction over the effectuation of the settlement.

    SO ORDERED.

                                            */s/ Michael A. Telesca*
                                            MICHAEL A. TELESCA
                                            United States District Judge

Dated: May 4, 2006